In the Matter of New York Schools Insurance Reciprocal, Appellant, v Patricia Armitage, Respondent. Alex Celniker et al., Proposed Additional Respondents. [919 NYS2d 408]—

Memorandum: Petitioner appeals from an order denying its petition seeking a permanent stay of arbitration. Respondent sought arbitration following petitioner's denial of her claim for no-fault insurance benefits. The propriety of the denial of benefits is a "dispute involving the insurer's liability to pay first party benefits" (Insurance Law § 5106 [b]), and we therefore conclude that Supreme Court properly refused to grant a permanent stay of arbitration (*see generally Ryder Truck Lines v Maiorano*, 44 NY2d 364, 368-369 [1978]). Petitioner further contends that the issue whether the offset for workers' compensation benefits exceeds the monthly limit of first party benefits is not a matter for arbitration. We reject that contention (*see* Insurance Law § 5102 [a] [2]; *see generally* § 5106 [b]; *Matter of Johnson v Buffalo & Erie County Private Indus. Council*, 84 NY2d 13, 18-19 [1994]; *Matter of Cady [Aetna Life & Cas. Co.]*, 96 AD2d 967 [1983], *affd* 61 NY2d 594 [1984]).

Finally, we reject petitioner's contention that, by refusing to grant a permanent stay of arbitration, the court denied petitioner its right to seek a loss-transfer claim from additional proposed respondents (*see generally Matter of Liberty Mut. Ins. Co. [Hanover Ins. Co.]*, 307 AD2d 40, 42-43 [2003]). Present— Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.